UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MIKEY WILLIAM DOTSON** | * | **CIVIL ACTION NO.** |
| | * | |
| **- VERSUS -** | * | **JUDGE** |
| | * | |
| **AMERICAN COMMERCIAL LINES, LLC** | * | **MAGISTRATE** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT**

NOW INTO COURT, through undersigned counsel comes complainant, **MIKEY WILLIAM DOTSON**, who files his Complaint against **AMERICAN COMMERCIAL LINES, LLC,** for personal injury damages and, in support thereof would show unto the Court the following:

**JURISDICTION**

**I.**

Jurisdiction of this Honorable Court is based on the Jones Act, (46 U.S.C. § 30104, *et. seq.*), and under the General Maritime Law for general maritime negligence and unseaworthiness and for maintenance and cure.

**PARTIES**

**II.**

Parties named herein are as follows:

A.  Named Complainant herein is:

  1.  **MIKEY WILLIAM DOTSON**, a resident of the full age of majority of the State of Ohio;

B. Named Defendant herein is:

1. **AMERICAN COMMERCIAL LINES, LLC**, a foreign company with its principal place of business in Louisiana located at 5800 River Road, Harahan, LA 70123, authorized to do and doing business under the laws of the State of Louisiana and within the jurisdiction of this Honorable Court.

**FACTS**

**III.**

On or about June 29, 2010, **MIKEY WILLIAM DOTSON** was employed by **AMERICAN COMMERCIAL LINES, LLC**, as a lead deckhand and as a seaman and member of the crew aboard the **M/V FRANK HAENDIGES** under the ownership, control and authority of **AMERICAN COMMERCIAL LINES, LLC.**

**IV.**

On or about June 29, 2010, **MIKEY WILLIAM DOTSON**, while so employed was leaving Harahan, Louisiana when he fell down a flight of stairs injuring his rotator cuff, later requiring surgery and causing permanent damage and disability. The stairs in question had been stripped of skid protection and were awaiting repair.

**V.**

At all times pertinent herein, Defendant, **AMERICAN COMMERCIAL LINES, LLC**, operated, manned, managed, provisioned and/or controlled and/or had possession of the vessel, equipment and work site during the operations in question and the work being done by the crew.

## CAUSES OF ACTION

## JONES ACT

## VI.

Complainant's damages were the proximate and direct result of the negligent acts of the Defendant, **AMERICAN COMMERCIAL LINES, LLC** in its operation and maintenance of the vessel and equipment in question and in the planning and direction of the task and personnel involved in the project, Complainant's working conditions and in the supervision of and planning and direction of the work; additionally and more specifically, **AMERICAN COMMERCIAL LINES, LLC** was negligent in failing to:

1. Properly equip, man, provision, maintain and operate the vessel under its control and its appurtenances and equipment;

2. Properly and reasonably select and implement an overall plan to complete the tasks at hand in a safe and non-hazardous manner;

3. Provide Complainant with a safe and non-hazardous workplace;

4. Provide proper and sufficient tools and manpower to complete the tasks at hand;

5. Properly maintain, operate, and equip the vessel;

6. Properly instruct and outfit Complainant;

7. Provide training and instruction to Complainant's fellow crew members;

8. Provide proper warnings and instructions regarding deck and stair conditions on the vessel; and

9.  Properly maintain the stairs in question.

**VII.**

As a direct result of the negligence aforementioned in Paragraph VI, Complainant, **MIKEY WILLIAM DOTSON**, has in addition to the aforementioned damages, sustained a disability, incurred and will continue to incur in the future, loss of wages, found, fringe benefits, earning capacity and has incurred and will incur in the future, medical expenses and other financial losses, for which he is entitled to recover from **AMERICAN COMMERCIAL LINES, LLC.**

**GENERAL MARITIME LAW**

**UNSEAWORTHINESS and NEGLIGENCE**

**VIII.**

At all times pertinent hereto, defendant, **AMERICAN COMMERCIAL LINES, LLC**, owned, controlled, operated, provisioned and manned the vessel upon which **MIKEY WILLIAM DOTSON** was assigned.

**IX.**

Under the General Maritime Law, it was the duty of defendant, **AMERICAN COMMERCIAL LINES, LLC** to furnish Complainant, **MIKEY WILLIAM DOTSON**, with a safe place in which to work and with safe gear, appurtenances, equipment, a properly manned vessel and to conduct operations aboard the vessel in a safe and proper manner; in connection with Complainant's injuries and disability, **AMERICAN COMMERCIAL LINES, LLC**, was negligent in the operation of the vessel and its operations on or about June 29, 2010.

**X.**

Complainant avers that through the actions and/or inactions of **AMERICAN COMMERCIAL LINES, LLC**, that the vessel on which Complainant was assigned was rendered unseaworthy on or about June 29, 2010.

**XI.**

The injuries, disabilities and damages sustained by complainant in the aforementioned Paragraphs of this Complaint were caused by the unseaworthy condition of the vessel, which Complainant was assigned during his employment for **AMERICAN COMMERCIAL LINES, LLC** and by the negligence of **AMERICAN COMMERCIAL LINES, LLC**, in the manning, provision, control, equipping and operation of said vessel and operations on or about June 29, 2010.

**MAINTENANCE AND CURE**

**XII.**

As an employee and seaman of **AMERICAN COMMERCIAL LINES, LLC**, Complainant, **MIKEY WILLIAM DOTSON**, is entitled under the General Maritime Law to the payment of maintenance and cure until his reaching of maximum medical cure. As of the drafting of this Complaint, **AMERICAN COMMERCIAL LINES, LLC** has failed to pay sufficient maintenance and cure, for which now **MIKEY WILLIAM DOTSON** makes judicial demand, in addition to attorney's fees, costs and damages.

**DAMAGES**

**XIII.**

The injuries sustained by Complainant have resulted in the loss of earning capacity, physical pain and mental anguish, past and future medical expenses and other damages, both past and future, all of which will be shown at the trial of this matter.

WHEREFORE, **MIKEY WILLIAM DOTSON** prays that **AMERICAN COMMERCIAL LINES, LLC** be ordered to appear and answer herein according to law, and that upon final hearing of this cause, judgment be rendered in Complainant's favor against Defendant for all damages alleged herein, including prejudgment interest, all costs of these proceedings, and further for all general and equitable relief to which Complainant may be entitled by law, as well as trial by jury.

Respectfully submitted,

**DELISE & HALL**

_s/Alton J. Hall, Jr._
**ALTON J. HALL, JR. (20846)**
**BOBBY J. DELISE (4847)**
516 W. 21st Avenue
Covington, LA 70433
Ph: (985) 249-5915
Fax: (985) 809-5787

AND

**OGLETREE ABBOTT LAW FIRM L.L.P.**
**BILL ABBOTT (Texas Bar #24006726)**
12600 N. Featherwood, Suite 200
Houston, TX 77034-4440

**Counsel for Plaintiff,**
**MIKEY WILLIAM DOTSON**